UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

| | | | |
|---|---|---|---|
| Plaintiff(s): | D.G. and Y.G., husband and wife, individually and as the parents and next best friend of JANE DOE, a minor, and JOHN DOE, a minor | Defendant(s): | Tucson Unified School District, No. 01, a Body Politic |

County of Residence: Pima

County of Residence: Pima

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Leighton H. Rockafellow, Jr.
Rockafellow Law Firm
2438 E. Broadway Blvd.
Tucson, Arizona 85719
(520) 750-1800**

Defendant's Atty(s):

**Matthew W. Wright
Wright Welker & Pauole PLC
10429 S. 51st Street, Suite 285
Phoenix, Arizona 85044
(480) 961-0040**

**Christopher S. Welker
Wright Welker & Pauole PLC
10429 S. 51st Street, Suite 285
Phoenix, Arizona 85044
(480) 961-0040**

---

**REMOVAL FROM PIMA COUNTY, CASE #C20185416**

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

| | |
|---|---|
| IV. Origin : | **2. Removed From State Court** |
| V. Nature of Suit: | **440 Other Civil Rights** |
| VI. Cause of Action: | **42 U.S.C. sec. 1983, 20 U.S.C. sec. 1681** |

VII. Requested in Complaint
- Class Action: **No**
- Dollar Demand: **N/A**
- Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** s/Christopher S. Welker

**Date:** 12/6/2018

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014