# ROCKAFELLOW
### LAW FIRM

2438 East Broadway Boulevard
Tucson, Arizona 85719
T. 520.750.1800 / 1.800.264.4529
F. 520.750.1676
Leighton H. Rockafellow, Jr., Esq.
LeightonJr@RockafellowLaw.com

LEIGHTON H. ROCKAFELLOW, Jr., ESQ.
State Bar # 028844
Attorney for Plaintiffs

## IN THE UNTIED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D. G. and Y. G. husband and wife, individually and as the parents and next best friends of JANE DOE, a minor, and JOHN DOE, a minor. | Case No. 4:18-cv-00583-EJM |
| Plaintiffs. | |
| vs. | **NOTICE OF SERVICE OF PLAINTIFFS' FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |
| TUCSON UNIFIED SCHOOL DISTRICT, NO. 01, a Body Politic, | |
| Defendant. | Hon. Jennifer Zipps |

Pursuant to LRCiv. 5.2, notice is hereby given that Plaintiffs mailed their First Supplemental Mandatory Disclosure Statement to Defendant on May 31, 2019.

Dated this 31st day of May 2019.

**ROCKAFELLOW LAW FIRM**

/s/ Leighton H. Rockafellow, Jr.

_____

Leighton H. Rockafellow, Jr.
Attorney for Plaintiffs

A copy of the foregoing mailed
this 31st day of May 2019 to:

Christopher Welker
10429 S. 51st Street, # 285
Phoenix, AZ 85044
Attorney for Defendant


/s/ Leighton H Rockafellow, Jr.