**ROCKAFELLOW**
   **LAW FIRM**
2438 East Broadway Boulevard
Tucson, Arizona 85719
T. 520.750.1800 / 1.800.264.4529
F. 520.750.1676
Leighton H. Rockafellow, Jr., Esq.
LeightonJr@RockafellowLaw.com

LEIGHTON H. ROCKAFELLOW, Jr., ESQ.
State Bar # 028844
Attorney for Plaintiffs

## IN THE UNTIED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D. G. and Y. G. husband and wife, individually and as the parents and next best friends of JANE DOE, a minor, and JOHN DOE, a minor. | Case No. 4:18-cv-00583-JGZ |
| Plaintiffs. | **SECOND JOINT SETTLEMENT STATUS REPORT** |
| vs. | |
| TUCSON UNIFIED SCHOOL DISTRICT, NO. 01, a Body Politic, | Hon. Jennifer G. Zipps |
| Defendant. | Magistrate Judge Eric J. Markovich |

The parties, pursuant to the Court's Scheduling Order dated February 7, 2019, and having met and conferred regarding the material matters herein, submit their Second Joint Settlement Status Report.

Discovery and disclosure continue. Seven depositions have taken place, four are currently scheduled, and two additional are in the scheduling process.

The parties plan to hold a private mediation in October.

Dated this 23rd day of July, 2019

**Rockafellow Law Firm**                    **Wright Welker & Pauole PLC**


/s/ Leighton H. Rockafellow, Jr           /s/ Chris Welker_____
Attorney for Plaintiffs                   Attorney for Defendant


Original of the Foregoing
E-filed this 23rd day of July 2019
With Magistrate Judge Erik Markovich
Southern District of Arizona